IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-CV-451-MOC-DCK

| D.H., | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| MAHAVIR AND MUNI, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion For Plaintiff To Proceed Under Pseudonym Via Initials" (Document No. 13) filed September 2, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, noting the parties' agreement, and following consultation with Judge Cogburn's chambers, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion For Plaintiff To Proceed Under Pseudonym Via Initials" (Document No. 13) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff is granted leave to proceed anonymously in this matter under the pseudonym D.H. The parties are to refer to Plaintiff as D.H. in all public filings. When the parties file any document that identifies Plaintiff with the Court, the identifying information should be redacted from the public filing and an unredacted version should be filed under seal pursuant to Local Rule 6.1. A motion to seal referencing this Order and noting that Plaintiff's identifying information is the only information excluded from the publicly filed version of a document shall be sufficient to support the motion. When filing such a motion to seal, the

parties are excused from filing the additional memoranda that would otherwise be required by Local Rule 6.1.

Nothing in this Order prohibits any party from referring to Plaintiff's real name, or identifying characteristics, in the course of discovery. For example, the parties and their attorneys are allowed to use Plaintiff's real name and identifying characteristics when speaking to witnesses or potential witnesses, in depositions and outside of formal depositions, and when subpoenaing records relating to Plaintiff.

**SO ORDERED**.

Signed: September 2, 2025

David C. Keesler
United States Magistrate Judge